PROB 12B STICKLEY/ BK, NY
(NYEP-11/25/02)

# United States District Court
## for the
## Eastern District of New York

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



Name of Offender: **Saad Almontaser**     Case Number **CR-02-00747-12**

Name of Sentencing Judicial Officer: **The Honorable John Gleeson, U.S. District Judge**

Date of Original Sentence: **May 30, 2003**

Original Offense: **18 U.S.C. 371, Conspiracy to Operate an Unlicensed Money Transmitting Business, a class D felony.**

Original Sentence: **Twenty seven (27) months custody, two (2) years supervised release, and a $100 special assessment fee was imposed. Special conditions ordering the defendant to comply with the forfeiture order and pay a fine of $7,500 were also imposed.**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **July 6, 2005**

---

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.

☒ To modify the conditions of supervision as follows:

**Special Condition**: The supervised releasee is prohibited from associating, directly or indirectly, in person, by mail or telephonically, with anyone who was a co-defendant in any prior criminal cases, and are now convicted felons, and shall not have any contact with anyone involved in the "Alriany Organization."

**Special Condition:** The defendant shall submit his person, residence, place of business, storage unit, vehicle, boat, or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must also be conducted in a reasonable manner and at a reasonable time; failure to submit to a search may be grounds for revocation and the defendant shall inform any other resident that the premises may be subject to search pursuant to this condition.

**Special Condition:** The defendant shall pay a fine of $7,500.00, at a rate of ten percent (10%) his gross monthly income, or one hundred ($100) dollars per month, whichever is greater, until the balance is satisfied.

| | | |
|---|---|---|
| Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender | **ALMONTASER, Saad**<br>CR-02-00747-12 | Prob 12B / Page 2<br>STICKLEY/ BK, NY |

## CAUSE

The purpose of this memorandum is to notify the Court of Mr. Almontaser's release from custody on July 6, 2005, and to request a modification of his conditions of supervised release. Upon reviewing the releasee's file, it was noted that due to the releasee's history and association with members of the "Alriany Organization", the Probation Department believes it necessary to have a special condition that prohibits the releasee from any future association with that specific group. The Probation Department also believes it necessary to impose a condition for search and seizure should there be a reasonable belief that contraband or evidence of a violation of supervised release be found.

In addition, the Court originally ordered the releasee to pay a fine of $7,500.00 within ninety days of sentencing. The release has not satisfied this obligation and has agreed to make consistent monthly payments of ten percent (10%) his gross monthly income, or $100.00 whichever is greater, until the balance is satisfied.

As a result, the releasee was provided with a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervision, indicating the above mentioned special conditions. The releasee signed the Probation Form 49, which has been enclosed for Your Honor's review, thereby agreeing to the modification of his conditions of supervised release. The Probation Department respectfully recommends that the Court modify the releasee's conditions of supervised release to include the aforementioned special conditions. We await Your Honor's response.

Respectfully submitted by,

*Dennis Stickley*
Dennis Stickley
Senior U.S. Probation Officer
(347) 534-3519

Approved by,

*Anthony Castellano*
Anthony Castellano
Supervising U.S. Probation Officer
Date: August 2, 2005

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

s/John Gleeson
_____
Signature of Judicial Officer

8-26-05
_____
Date

ALMONTASER, Saad
Dkt. No.: CR-02-00747-12

PROB 49
(NYEP-8/5/04)

STICKLEY/ BK, NY

# United States District Court

## EASTERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Special Condition**: The supervised releasee is prohibited from associating, directly or indirectly, in person, by mail or telephonically, with anyone who was a co-defendant in any prior criminal cases, and are now convicted felons and shall not have any contact with anyone involved the "Alriany Organization."

**Special Condition**: The defendant shall submit his person, residence, place of business, storage unit, vehicle, boat, or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must also be conducted in a reasonable manner and at a reasonable time; failure to submit to a search may be grounds for revocation and the defendant shall inform any other resident that the premises may be subject to search pursuant to this condition.

**Special Condition:** The defendant shall pay a fine of $7,500.00, at a rate of ten percent (10%) his gross monthly income, or one hundred ($100) dollars per month, whichever is greater, until the balance is satisfied.

Witness: _____     Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

7/25/05
Date